**Morrell J. RODDY, Petitioner,**

v.

**CIVIL AERONAUTICS BOARD and the Administrator of the Federal Aviation Agency, Respondents.**

**No. 16515.**

United States Court of Appeals District of Columbia Circuit.

Argued Jan. 24, 1962.

Decided Feb. 1, 1962.

Petition for Rehearing Before the Division Denied Feb. 23, 1962.

Petition for Rehearing En Banc Denied En Banc Feb. 23, 1962.

Certiorari Denied May 14, 1962.

See 82 S.Ct. 1140.

Mr. Charles E. Robbins, Washington, D. C., with whom Mr. Benedict F. Fitz-Gerald, Jr., Washington, D. C., was on the brief for petitioner.

---

1. 49 ALR2d 1334 (1956). The cases have not been unanimous. 116 ALR 834 (1938), 49 ALR2d 1331 (1956).

Mr. William F. Becker, Atty., Civil Aeronautics Bd., with whom Messrs. John H. Wanner, Gen. Counsel, Civil Aeronautics Bd., Joseph B. Goldman, Deputy Gen. Counsel, Civil Aeronautics Bd., and O. D. Ozment, Associate Gen. Counsel, Litigation and Research, Civil Aeronautics Bd., were on the brief, for respondent Civil Aeronautics Bd.

Mr. James D. Hill, Associate Gen. Counsel, Enforcement, Litigation and Claims, Federal Aviation Agency, for respondent Federal Aviation Agency.

Before WILBUR K. MILLER, Chief Judge, and EDGERTON and FAHY, Circuit Judges.

PER CURIAM.

Petitioner asks review of the revocation of his airman pilot certificates, ratings and privileges. 72 Stat. 795, 49 U.S.C.A. § 1486. We find no error affecting substantial rights.

Affirmed.